## CONSENT TO SUE UNDER
## FEDERAL FAIR LABOR STANDARDS ACT

      I am an employee currently or formerly employed by Home Boy Restaurant, Inc., Drew Nieporent and/or related entities. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

_CHI KONG LEUNG_
Full Legal Name (Print)

_[signature]_
Signature

_9-26-07_
Date