## CONSENT TO SUE UNDER
## FEDERAL FAIR LABOR STANDARDS ACT

      I am an employee currently or formerly employed by Home Boy Restaurant, Inc., Drew Nieporent and/or related entities. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

CHUNG KWOK OR
Full Legal Name (Print)

*[signature]*
Signature

10/16/07
Date