USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 10/19/07

Sullivan, T

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CHI KONG LEUNG on behalf of himself and all
others similarly situated,

        INDEX NO: 07-cv-08779-RJS

      Plaintiffs,        **STIPULATION**

      v.

HOME BOY RESTAURANT INC. d/b/a
TRIBECA GILL and DREW NIEPORENT,

      Defendants.
-----------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties in the above captioned action, that:

    a.    Defendants' undersigned counsel is authorized to accept service of the Complaint for all named Defendants; and

    b.    Defendants shall have until December 17, 2007 to answer, move or otherwise respond thereto.

Dated: New York, New York
       October 16, 2007

| JOSEPH & HERZFELD LLP | FOX ROTHSCHILD LLP |
|---|---|
| By: _/s/ D. Maimon Kirschenbaum (DK-2338)_ | By: _Carolyn D. Richmond_ |
| Charles E. Joseph (CJ-9442)<br>757 Third Avenue, 25th Floor<br>New York, New York 10017<br>(212) 688-5640<br>(212) 688-2548 (fax)<br>Attorneys for Plaintiffs, the FLSA Collective Plaintiffs and the Proposed Class | 100 Park Avenue<br>Suite 1500<br>New York, New York, 10017<br>(212) 878-7983<br><br>Attorneys for Defendants |

SO ORDERED:

_/s/_
Hon. Richard J. Sullivan

NY1 62415v1 10/16/07