FOX ROTHSCHILD LLP
Carolyn D. Richmond (CR-0993)
100 Park Avenue, Suite 1500
New York, New York 10017
Phone: (212) 878-7983

Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
:
CHI KONG LEUNG on behalf of himself and all      :      **ECF CASE**
Others similarly situated,                        :
:
                Plaintiffs,       :      **07-CV-8779 (RJS)**
:
      -against-                             :      **DEFENDANTS' RULE 7.1**
:      **DISCLOSURE STATEMENT**
HOME BOY RESTAURANT INC. d/b/a                   :
TRIBECA GRILL and DREW NIEPORENT                 :
:
                Defendants.       :
:
:
-----------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants HOME BOY RESTAURANT INC. d/b/a TRIBECA GRILL and DREW NIEPORENT disclose that no publicly held corporation holds any of their stock.

Dated: December 17, 2007          FOX ROTHSCHILD LLP
New York, New York            *Attorneys for Defendants*

                                    */s/ Carolyn D. Richmond*
                                    By: Carolyn D. Richmond (CR-0993)
                                    100 Park Avenue, Suite 1500
                                    New York, New York 10017
                                    (212) 878-7983

## CERTIFICATE OF SERVICE

CAROLYN D. RICHMOND, an attorney admitted to practice in this Court, hereby states that on December 17, 2007, I caused a true and correct copy of the foregoing Defendants' Rule 7.1 Disclosure Statement to be filed with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

>D. Maimon Kirschenbaum
>JOSEPH & HERZFELD LLP
>757 Third Avenue, 25th Floor
>New York, NY 10017

*/s/ Carolyn D. Richmond*
Carolyn D. Richmond (CR-0993)