CAROLYN D. RICHMOND, ESQ. (CR-0993)
ELI Z. FREEDBERG, ESQ. (EF-6854)
FOX ROTHSCHILD LLP
100 Park Avenue
Suite 1500
New York, New York 10017
(212) 878-7900

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHI KONG LEUNG on behalf of himself and all others similarly situated, | ECF CASE |
| Plaintiffs, | 07-CV-8779 (RJS) |
| v. | |
| HOME BOY RESTAURANT INC. d/b/a TRIBECA GRILL and DREW NIEPORENT, | |
| Defendants. | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Eli Z. Freedberg, Esq. of the law firm Fox Rothschild LLP, hereby enters his appearance as counsel for Home Boy Restaurant Inc. d/b/a Tribeca Grill and Drew Nieporent (the "Defendants"), to represent them in connection with the above-captioned proceeding (the "Proceeding"). Mr. Freedberg's address and phone number are:

Fox Rothschild LLP
100 Park Avenue, 15th Floor
New York, New York 10017
Attn: Eli Z. Freedberg, Esq.
Tel: (212) 878-7970
Fax: (212) 692-0940
Email: efreedberg@foxrothschild.com

NY1 103663v1 02/04/08

Dated:   New York, New York
         February 18, 2008

                        FOX ROTHSCHILD LLP
                        Counsel to Defendants Home Boy Restaurant Inc. d/b/a Tribeca Grill
                        And Drew Nieporent

                    By: _____
                        Eli Z. Freedberg (EF-6854)
                        100 Park Avenue, 15th Floor
                        New York, New York 10017
                        (212) 878-7900

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2008, I electronically filed the foregoing Notice of Appearance with the Clerk of the District Court using the CM/ECF system, which sent notice of such filing to the following:

D. Maimon Kirschenbaum, Esq.
Charles Joseph, Esq.
Joseph & Herzfeld, LLP
Counsel for Plaintiffs

By: _____
Eli Z. Freedberg (EF-6854)
100 Park Avenue, 15th Floor
New York, New York 10017
(212) 878-7900

NY1 103663v1 02/04/08