

**Fox Rothschild** LLP
ATTORNEYS AT LAW

100 Park Avenue, Suite 1500
New York, NY 10017
5. 212 878 7900   Fax 212 692 0940
www.rrv          f  f

Eli Z. Freedberg
Direct Dial: (212) 878-7970
Internet Address: efreedberg@foxrothschild.com

May 6, 2008

The Honorable Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 21C
New York, NY 10007

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 5/12/08

**Re:** **Leung v. Home Boy Restaurant Inc.**
**Case No. 07-cv-08779 (RJS)(DFE)**

Dear Judge Sullivan:

We represent Home Boy Restaurant Inc. d/b/a Tribeca Grill and Drew Nieporent (collectively "Defendants"), in the above-referenced action. Pursuant to this Court's local civil rules and Your Honor's individual practices, we write to request leave to extend certain deadlines contained in this action's Case Management Plan and Scheduling Order (the "Order") dated February 5, 2008.

The chart below lists each current deadline and the proposed deadline.

| Event | Current Deadline | Proposed Deadline |
|-------|------------------|-------------------|
| Depositions to conclude by: | May 9, 2008 | July 9, 2008 |
| Requests to Admit to be served by: | May 9, 2008 | July 9, 2008 |
| Fact discovery to conclude | May 26, 2008 | July 28, 2008 |
| All expert disclosures, including reports, production of documents and depositions to conclude by: | July 1, 2008 | September 1, 2008 |
| All discovery to conclude by: | July 7, 2008 | September 8, 2008 |
| Post discovery settlement conference | May 28, 2008 | To be determined |

The Honorable Richard J. Sullivan
May 6, 2008
Page 2

individual practices, we have enclosed with this letter a copy of the current Order and a copy of a
[Proposed] Revised Case Management Plan and Scheduling Order.

We appreciate Your Honor's prompt attention to this matter.

READ AND AGREED TO:

Dated: May 6, 2008

D. Maimon Kirschenbaum (DK-2338)
JOSEPH & HERZFELD LLP
757 Third Avenue
25th Floor
New York, NY 10017
Tel: (212) 688-5640
Fax: (212) 688-2548

*Attorneys for Plaintiff*

Carolyn D. Richmond (CR-0993)
Eli Z. Freedberg (EF-6854)
FOX ROTHSCHILD LLP
100 Park Avenue
New York, New York 10017
Tel: (212) 878.7983
Fax: (212) 692.0940

*Attorneys for Defendants*

cc:    The Honorable Douglas F. Eaton



Fox Rothschild LLP
ATTORNEYS AT LAW

The Honorable Richard J. Sullivan
May 6, 2008
Page 2

This is the parties' first request to extend the deadlines set forth in the Order and all parties to this action have consented to the proposed extension. Pursuant to Your Honor's individual practices, we have enclosed with this letter a copy of the current Order and a copy of a [Proposed] Revised Case Management Plan and Scheduling Order.

We appreciate Your Honor's prompt attention to this matter.

READ AND AGREED TO:

Dated: May 6, 2008

*Given the lack of explenation for the requested extensions (at least one of which was proposed by the parties and rejected by the Court at the time of the initial Case Management Plan), the request is denied. ▬▬▬▬▬▬▬▬ The parties may renew their request provided they explain the reasons in writing.*

D. Maimon Kirschenbaum (DK-2338)
JOSEPH & HERZFELD LLP
757 Third Avenue
25th Floor
New York, NY 10017
Tel: (212) 688-5640
Fax: (212) 688-2548

*Attorneys for Plaintiff*

Carolyn D. Richmond (CR-0993)
Eli Z. Freedberg (EF-6854)
FOX ROTHSCHILD LLP
100 Park Avenue
New York, New York 10017
Tel: (212) 878.7983
Fax: (212) 692.0940

*Attorneys for Defendants*

cc:    The Honorable Douglas F. Eaton

SO ORDERED
Dated: 5/9/08
RICHARD J. SULLIVAN
U.S.D.J.