## CONSENT TO SUE UNDER
## FEDERAL FAIR LABOR STANDARDS ACT

I am an employee currently or formerly employed by Home Boy Restaurant, Inc., Drew Nieporent and/or related entities. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

Ashlee Nichole Miknich
Full Legal Name (Print)

_[signature]_
Signature

6/25/08
Date